Case No. 16-6451

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

JASON HEATH KNOWLES

      Plaintiff - Appellant

v.

WILLIAM GUPTON, JR., Deputy Director/Warden; SHELBY COUNTY CORRECTIONAL CENTER; SAMUEL OVERTON, Gang Intelligence Officer, Lieutenant; JERNA THOMAS, Emergency Response Team Officer; GARY LARTDALE, Gang Intelligence Officer

      Defendants - Appellees

Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

The Appellant's Brief was not filed by November 7, 2016.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

      **ENTERED PURSUANT TO RULE 45(a),**
      **RULES OF THE SIXTH CIRCUIT**
      Deborah S. Hunt, Clerk

Issued: November 21, 2016

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 21, 2016

Jason Heath Knowles
Shelby County Correctional Center
1045 Mullins Station Road
Memphis, TN 38134-0000

          Re: Case No. 16-6451, *Jason Knowles v. William Gupton, Jr., et al*
              Originating Case No. : 2:15-cv-02685

Dear Mr. Knowles,

   The Court issued the enclosed Order today in this case.

                              Sincerely yours,

                              s/Jill Colyer
                              Case Manager
                              Direct Dial No. 513-564-7024

cc: Mr. Thomas M. Gould

Enclosure

No mandate to issue